FILED

FEB 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Lawrence Bruce, Plaintiff Pro Se
Carillon House, Apt. 118
2500 Wisconsin Avenue, N.W.
Washington, D.C. 20007

v.

Aila Elitok, Esquire, Defendant
2428 Wisconsin Avenue, N.W.
Washington, D.C. 20007

CASE NUMBER 1:06CV00260

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 02/13/2006

## COMPLAINT AGAINST ESQUIRE THEFT

Plaintiff files his civil case under Title 42, United States Code; Section 1987.

Plaintiff sues Defendant Esquire Elitok on his theft of Plaintiffs' securities.

Plaintiff asserts his civil case against Defendant Elitok is in exceeds U.S. $100 Million. Plaintiff sues to Recover his securities and money from Defendant Elitok's Esquire theft.

Venue is under Title 28, U.S. Code; Section 1391(b)(1).

Respectfully submitted,

David Lawrence Bruce
David Lawrence Bruce, Plaintiff Pro Se
Carillon House, Apt. 118
2500 Wisconsin Avenue, N.W.
Washington, D.C. 20007

This 12 day of February 2006.

1