UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LAWRENCE BRUCE,

    Plaintiff,

  v.

AILA ELITOK,

    Defendant.

Civil Action No. 06–0260 (CKK)

ORDER
(February 14, 2006)

Plaintiff David Lawrence Bruce ("Plaintiff") filed a *pro se* Complaint on February 13, 2006 before this Court alleging that Defendant Aila Elitok, Esquire ("Defendant") was responsible for the "theft of Plaintiffs' securities." *See* Compl. at 1. Plaintiff brings his action and alleges that this Court has jurisdiction over his suit pursuant to "Title 42, United States Code, 1987." *Id*. Title 42 of the United States Code, Section 1987, states in full:

> The United States attorneys, marshals, and deputy marshals, the United States magistrate judges appointed by the district and territorial courts, with power to arrest, imprison, or bail offenders, and every other officer who is especially empowered by the President, are authorized and required, at the expense of the United States, to institute prosecutions against all persons violating any of the provisions of section 1990 of this title or sections 5506 to 5516 and 5518 to 5532 of the Revised Statutes, and to cause such persons to be arrested, and imprisoned or bailed, for trial before the court of the United States or the territorial court having cognizance of the offense.

42 U.S.C. § 1987 (1990). Upon a plain reading of the statute relied upon by Plaintiff for jurisdiction, it is clear that Section 1987 merely provides certain officials and governmental agents with the discretionary authority to initiate prosecutions against individuals accused of crimes against the elective franchise and civil rights, but does not explicitly provide private individuals with a private right-of-action. Based upon the clear reading of Section 1987,

It is this 14th day of February, 2006, hereby

**ORDERED** that Plaintiff is required to show cause on or before Tuesday, March 7, 2006, why Section 1987 provides jurisdiction for this Court to hear Plaintiff's claim of "theft of securities" against Defendant. If Plaintiff fails to respond in a timely manner and/or to provide a valid basis for suit in this jurisdiction, the Court will dismiss this matter without prejudice. There will be no extensions of this deadline.

**SO ORDERED.**

/s/<br>
COLLEEN KOLLAR-KOTELLY<br>
United States District Judge

<u>Copies to:</u>

David Lawrence Bruce
Carillon House, Apt. 118
2500 Wisconsin Avenue, N.W.
Washington, D.C. 20007

*Pro Se* Plaintiff