UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


David Lawrence Bruce,
   Plaintiff Pro Se

   v.                                  Civil Case No. 06-0260 (CKK)

Eda Elitok, Esquire
   Defendant

## AFFIDAVIT OF SERVICE

I, David Lawrence Bruce, affirm and certify a true and correct copy of Defendants' not signed and not printed name on United States Postal Service Return Receipt Article No. 7005 1820 0000 8656 9788 is serviced on the following person(s):

   Clerk of the Court
   UNITED DISTRICT COURT COURT
   FOR THE DISTRICT OF COLUMBIA
   U.S. Courthouse
   333 Constitution Avenue, N.W.
   Washington, D.C.    20001.

This 1 day of March 2006.

_David Lawrence Bruce_
David Lawrence Bruce, Plaintiff

RECEIVED
MAR - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Theresa Kinkholn | ☐ Agent<br>☑ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Aila Elitot, Esquire<br>2428 Wisconsin Avenue, N.W.<br>Washington, D.C. 20007 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0000 8656 9788 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

3