AFFIDAVIT

I, Eda Elitok, do hereby swear and affirm, under penalty of perjury, that the following statement is accurate and true to the best of my knowledge and belief:

On February 14, 2006 I received, in my office, by certified mail, the summons and complaint against "Aila Elitok, Esquire," filed by Mr. David Lawrence Bruce. I had never heard of nor met Mr. Bruce. Nor do I have any knowledge or information about the allegations in his complaint.

On Tuesday, February 28, 2006, Mr. Bruce appeared at my law firm office and asked to speak with, "Mr. Elitok." My law partner, Mr. Douglas Hartnett and I met with him briefly in the reception area of our office. Mr. Bruce seemed quite surprised that I was a woman. He then asked if my partner's name was "Thomas Hartnett." We told him that it was not, and gave him business cards for each of us, with our full names printed on them. He stated that he was the victim of some sort of theft of property, apparently securities of some type, and that Thomas Hartentt was involved, but he would not or could not be specific about exactly what was stolen from him or how it was stolen.

Both my partner and I tried to explain that we had no knowledge of what he was talking about, and that there was no one named Thomas Hartnett either working for the firm or in any way connected to the firm, or to either of us personally. We asked what made him think we were involved in his allegations. He admitted that he lives on the next block of Wisconsin Avenue, NW, that he had seen the sign on our street level office door, and filed the complaint using my last name from the sign.

Mr. Hartnett and I continued to try to explain that we were not involved in any way with

the matters in his complaint, but Mr. Bruce was unconvinced. He stated that the theft had occurred in Thialand, and that the government of Thialand was somehow involved, but he was unwilling or unable to provide enough information to make sense of what his complaint was about.

      We were unable to persuade Mr. Bruce that we were not involved in this matter. As Mr. Bruce was leaving the office, Mr. Hartnett went to his computer and performed a "Google" search for "Thomas Hartnett." The search yielded a web page for an attorney named Thomas Hartnett who is a partner in White& Case, LLP, in the Bangkok offices of that firm. Mr. Hartnett printed the page and gave it to Mr. Bruce. He asked how we had gotten the information and I told him we had gotten it from the internet just moments ago. Mr. Bruce then left our offices.

Signed:_____     Date: _____

    Eda Elitok
    Elitok and Hartnett at Law, L.L.C.
    2428 Wisconsin Avenue, NW, 2nd floor
    Washington, DC 20007