**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID LAWRENCE BRUCE )<br>2500 Wisconsin Avenue, NW #118 )<br>Washington, DC 20007, )<br>    Plaintiff ) | Case No. 1:06CV00260 |
| ) | Judge Colleen Kollar-Kotelly |
| V. ) | |
| "AILA" ELITOK, Esquire )<br>    Defendant ) | |

<u>ORDER</u>

Having considered Defendant's Motion For Summary Judgement or in the alternative to Dismiss for Failure to State a Claim under Fed. R Civ. 12(b)(6), and the entire record herein, it is, on this ____ day of _____, 2006. It is hereby:

ORDERED: that Defendant's Motion for Summary Judgement shall be and hereby is, GRANTED; and it is

FURTHER ORDERED: That the complaint and all subsequent filings in this matter be striken from the record public record.

_____
Colleen Kollar-Kotelly, U.S. District Judge