**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID LAWRENCE BRUCE )<br>    2500 Wisconsin Avenue, NW #118 )<br>    Washington, DC 20007, )<br>            Plaintiff ) <br> ) <br> ) <br>V. ) <br> ) <br>"AILA" ELITOK, Esquire ) <br>            Defendant ) | Case No.  1:06CV00260 <br><br>Judge Colleen Kollar-Kotelly |

ORDER

Having considered Defendant's Motion For Summary Judgement or in the alternative to Dismiss for Failure to State a Claim under Fed. R Civ. 12(b)(6), and the entire record herein, it is, on this ____ day of _____, 2006. It is hereby:

ORDERED: that Defendant's Motion for Summary Judgement shall be and hereby is, GRANTED; and it is

FURTHER ORDERED: That the complaint and all subsequent filings in this matter be striken from the record public record.

_____
Colleen Kollar-Kotelly, U.S. District Judge