UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LAWRENCE BRUCE,

    Plaintiff,

  v.

AILA ELITOK,

    Defendant.

Civil Action No. 06–0260 (CKK)

**ORDER**
(March 9, 2006)

Plaintiff David Lawrence Bruce ("Plaintiff") filed a *pro se* Complaint on February 13, 2006 before this Court alleging that Defendant "Aila" Elitok, Esquire ("Defendant")[1] was responsible for the "theft of Plaintiffs' securities." *See* Compl. at 1. Plaintiff brings his action and alleges that this Court has jurisdiction over his suit pursuant to "Title 42, United States Code, 1987." *Id*. Title 42 of the United States Code, Section 1987, states in full:

> The United States attorneys, marshals, and deputy marshals, the United States magistrate judges appointed by the district and territorial courts, with power to arrest, imprison, or bail offenders, and every other officer who is especially empowered by the President, are authorized and required, at the expense of the United States, to institute prosecutions against all persons violating any of the provisions of section 1990 of this title or sections 5506 to 5516 and 5518 to 5532 of the Revised Statutes, and to cause such persons to be arrested, and imprisoned or bailed, for trial before the court of the United States or the territorial court having cognizance of the offense.

42 U.S.C. § 1987 (1990). Upon a plain reading of the statute relied upon by Plaintiff for jurisdiction, it is clear that Section 1987 merely provides certain officials and governmental agents with the discretionary authority to initiate prosecutions against individuals accused of crimes against

---

[1] Apparently, Ms. Elitok's correct first name is "Eda." *See* Def.'s Mot. for Summ. J., Ex. 1 (Elitok Aff.) at 1.

the elective franchise and civil rights, but does not explicitly provide private individuals with a private right-of-action.

Accordingly, this Court, on February 14, 2006 issued a "Show Cause" Order to Plaintiff stating that:

> Plaintiff is required to show cause on or before Tuesday, March 7, 2006, why Section 1987 provides jurisdiction for this Court to hear Plaintiff's claim of "theft of securities" against Defendant. If Plaintiff fails to respond in a timely manner and/or to provide a valid basis for suit in this jurisdiction, the Court will dismiss this matter without prejudice. There will be no extensions of this deadline.

*See Bruce v. Elitok*, Civ. No. 06-260 (CKK) (D.D.C. Feb. 14, 2006) (Show Cause Order). Plaintiff failed to respond to the Court's "Show Cause" Order in a timely manner, and did not submit a response by March 7, 2006. Accordingly, because Plaintiff has failed to provide a valid basis for this Court's jurisdiction over his claim and has failed to comply with the Court's "Show Cause" Order, it is, this 9th day of March, 2006, hereby

**ORDERED** that the above-captioned action is DISMISSED WITHOUT PREJUDICE; it is further

**ORDERED** that [5] [6] Defendant's Motion for Summary Judgment or, in the Alternative, Motion to Dismiss For Failure to State a Claim, and Motion to Strike Complaint from the Record is DENIED AS MOOT.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge

<u>Copies to:</u>

David Lawrence Bruce
Carillon House, Apt. 118
2500 Wisconsin Avenue, N.W.
Washington, D.C.  20007

*Pro Se* Plaintiff