RECEIVED
APR - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Lawrence Bruce

v.

Ada Elitok, Esquire

Civil Case No. 06-0260 (CKK)

## PLAINTIFFS' FEDERAL RULE 9(c) PLEADING

Plaintiff files his Rule 9(c) Pleading in accordance with Title 28, United States Code; Appendix, Federal Rules of Civil Procedure.

Plaintiffs' civil case pertaining to conditions precedent are met through the denial, alteration of performance to carry out the judgment of the first court, the occurance of fraud, mistake and bribery. Plaintiff detects "sued government duty" from the court to inside the department of the treasury is involved for the purpose to defeat the due course of justice for Plaintiff. This is accomplished by Defendants' two filed and signed cases in the United States District Court for the District of Columbia and its Appeals Court. Plaintiff found these two filings to the wrongful or unauthorized practice of law to cause Plaintiffs' money, property, the five securities he owns to fall into the unauthorized hands of private persons and foreigners.

Plaintiffs' conditions precedent claims include he has not written any agreement and promise to give his securities away to the ownership of anyone anywhere. Property law means the original real and personal property owner of property in the United States Jurisdiction is also the owner of same property while standing on any foreign territory.

Plaintiff found the condition precedent in and around in Defendants' law office among private person unauthorized causes in the United States Jurisdiction, the Reasoning nothing is Real and actual for and in Plaintiffs' life, nothing matters about Plaintiff. The first court had not that idea.

Plaintiffs' condition precedent is to "give evidence."

Respectfully submitted,

~~David Lawrence Bruce~~
David Lawrence Bruce, Plaintiff Pro Se
Carillon House
Apt. 118
2500 Wisconsin Avenue, N.W.
Washington, D.C.  20007.

This __3__ day of April 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Lawrence Bruce
v.                                          Civil Case No. 06-0260 (CKK)
Ada Elitok, Esquire

## Certificate of Service

I, David Lawrence Bruce, affirm and certify a true and correct copy of Plaintiff's Civil Rule 9(C) Pleading is served on the following person(s):

Clerk of the Court, Room 1225
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.   20001.

This 3 day of April 2006.

_David Lawrence Bruce_
David Lawrence Bruce, Plaintiff Pro Se