UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Lawrence Bruce
                Plaintiff

        v.                                Civil Case No. 06-0260 (CKK)

Eda Elitok, Esquire
                Defendant

## PLAINTIFFS' RULE 11 FILING

1    Plaintiff files his Rule 11 in accordance with
2  Title 28, United States Code; Appendix, Federal Rules of
3  Civil Procedure.
4      The Thai is ashamed of Plaintiffs' name to sign
5  a promissory note with Plaintiffs' name on it.


Respectfully Submitted,

David Lawrence Bruce
David Lawrence Bruce, Plaintiff
2500 Wisconsin Avenue, N.W., Apt. 118, Washington, D.C. 20007.
This 17 day of May 2006.

**RECEIVED**

MAY 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Lawrence Bruce,
                    Plaintiff

            v.                              Civil Case No. 06-0260 (CKK)

Eda Elitok, Esquire
                    Defendant

## Certificate of Service

I, David Lawrence Bruce, hereby affirm and certify a true and correct copy of Plaintiffs' Civil Rule 11 Action is serviced on the following person (s):

Clerk of the Court, Room 1225
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.  20001.

This 17 day of May 2006.

Respectfully submitted,

David Lawrence Bruce
David Lawrence Bruce, Plaintiff
Carillon House, Apt. 118
2500 Wisconsin Avenue, N.W.
Washington, D.C.  20007.

Page B