UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Lawrence Bruce,
    Plaintiff Pro Se

v.                             Civil Case No. 06-0260 (CKK)

Eda Elitok, Esquire,
    Defendant

## MOTION TO ADD TO Rule 9(b) PLEADING UNDER FRAUD

1    A fraud represented in agreements with
2 Defendant had used a false name identity to
3 cover-up his conspiracy with Defendant to commit
4 theft of Plaintiffs' property and money.
5    The fraud covered by Defendant used the false
6 name identity "Keith Richards," the false name
7 of someones son to cover-up their true and
8 correct identity.
9    Plaintiff discovered there exist no true and
10 correct name "Keith Richards." A young man
11 white male entered high school at Orlando, Florida,
12 Edgwater High School, using the name "Keith
13 Richards."
14    A Roswell, New Mexico, family is discovered to
15 have moved to Orlando, Florida, then used the last
16 name "Richards" to cover-up their true and
17 correct actual family name.

-14-

RECEIVED
AUG 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

18  Plaintiff is in pursuit of claiming the young
19  man and his family using the false name identity
20  are using a dangerous form of discretion, missing
21  customary usage of statutes on true and correct use
22  of identity. Use of discretion is inappropriate and
23  often is found to be the cause used in violation of
24  Rights, privileges and immunities and due process
25  considerations. Plaintiff claims while Plaintiff is
26  using his true and correct identity the young man
27  using the false name identity interstate "Keith Richards"
28  plans with Defendant in their secret agreements nonofficial
29  to theft 2 of Plaintiff's 10 securities their property and money.
30      Plaintiff objects and dissents against this violation of
31  cover-up their deceitful agreement. No, Plaintiff owns
32  all 10 of the securities by court ordered judicial Relief
33  first on that cause.
34      Plaintiff remembers the young man "Keith Richards" who
35  played football on Orlando, Florida Edgwater High School
36  football team in 1965. Plaintiff played on Orlando Evans
37  High School football team in 1965. In the 1965 Orlando
38  Edgwater v. Orlando Evans football game, Plaintiff ran
39  kickoffs back for his team on first string. While
40  Plaintiff was running a kickoff return he slipped
41  forward going down to the ground trying to change
42  to make a left turn going around Keith Richards to
43  head toward and up sidelines to goal line. Keith
44  Richards hit Plaintiff while down on the middle of
45  Plaintiff's helmet causing a serious and painfull
46  neck injury to Plaintiff. He hit Plaintiff when and
47  where he needed to hit not. At that time Keith Richards
48  had given Plaintiff a hostile aggressive gesture.

49   This Plaintiff has to live his own life facing
50 his own identity without interference from anyone
51 using the false name identity then I believe I will
52 be considered first. The issue brought to deceive
53 Plaintiff has nothing to do with the reasons Plaintiff
54 is awarded court ordered relief previously and anyone
55 who know about that matter have no grounds to
56 touch relief or justice established for someone elses
57 case.
58   We have as a family and individual statute and
59 constitutional preimenence to protect our true and
60 correct identity when threatened by others by false
61 identity including if they hold covert murder plans of our
62 lives.
63   This Plaintiff believes the Robert B. Murphy Family of
64 1010 Valencia Avenue, Orlando, Florida, Tel. 407-422-2409
65 and Edgewater High School used their own form of discretion
66 to deal with the young man "Keith Richards" while plaintiff knew
67 nothing about their dealings which may have had class
68 distinctions in their minds.

Respectfully Submitted,
David Lawrence Bruce
David Lawrence Bruce, Plaintiff Pro Se
Carillon House, Apt. 118
2500 Wisconsin Avenue, N.W.
Washington, D.C. 20007.
This 22 day of August 2006.

74

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Lawrence Bruce,
            Plaintiff Pro Se

v.                                          Civil Case No. 06-0260 (CKK)

Eda Elitok, Esquire
            Defendant

## Certificate of Service

I, David Lawrence Bruce, affirm and certify a true and correct copy of Plaintiff's Motion to ADD to Rule 9(b) Pleading under Fraud is serviced on the following person(s):

Clerk of the Court, Room 1225
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.   20001.

This 22 day of August 2006.

_David Lawrence Bruce_
David Lawrence Bruce, Plaintiff Pro Se
Carillon House, Apt. 118
2500 Wisconsin Avenue, N.W.
Washington, D.C.  20007.

77